# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130775 & (43)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHRISTOPHER BLACKBURN,
      Plaintiff-Appellant,

v

                                   SC: 130775
                                   COA: 263474

MARLENA ANNE DEBELISO,
      Defendant-Appellee.
                                   Oakland CC: 04-701484-DP

_____/

      On order of the Court, application for leave to appeal the February 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED as moot. Plaintiff failed to seek leave to appeal the termination of his parental rights within 28 days of the Court of Appeals opinion, as required by MCR 7.302(C)(2). His application was, therefore, docketed only for purposes of appealing the paternity action.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006                                                    _____

s0522                                                           Clerk